## CORE LABORATORIES LP, Appellant

v.

## SPECTRUM TRACER SERVICES, L.L.C., Appellee.

Nos. 2015–1789, 2015–1790.

United States Court of Appeals, Federal Circuit.

April 7, 2016.

---

Steffen Nathanael Johnson, Winston & Strawn LLP, Washington, DC, argued for appellant. Also represented by Christopher Ernest Mills, Eimeric Reigplessis; Joseph Dean Lechtenberger, Houston, TX; Tanya L. Chaney, Shook, Hardy & Bacon, LLP, Houston, TX.

Dennis Don Brown, Brown Patent Law, P.L.L.C., Broken Arrow, OK, argued for appellee. Also represented by John Christopher Davis, Johnson & Jones, P.C., Tulsa, OK.

WALLACH, PLAGER, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**